# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:16MJ00248

   -vs-

Chief Magistrate Judge Sharon L. Ovington

CHAD BASNEY,

    Defendant.

## BINDOVER ORDER

This matter was set for preliminary examination on September 8, 2016. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

September 8, 2016

                                                  s/ Sharon L. Ovington
                                                   Sharon L. Ovington
                                        Chief United States Magistrate Judge